**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
                                )
DYNALANTIC CORPORATION,          )
                                 )
               Plaintiff,        )
                                 ) Civil Action No. 95-2301 (EGS)
          v.                     )
                                 )
UNITED STATES DEPARTMENT         )
OF DEFENSE, et al.,              )
                                 )
               Defendants.       )
                                 )
```

<u>**ORDER**</u>

For the reasons set forth in the accompanying Memorandum Opinion filed this day, it is hereby

**ORDERED** that Defendants' Motion for Summary Judgment regarding the facial constitutionality of the Section 8(a) program, 15 U.S.C. § 637(a) *et. seq.*, and its accompanying regulations, is **GRANTED;** it is further

**ORDERED** that Plaintiff's Motion for Summary Judgment regarding the facial constitutionality of the Section 8(a) program is **DENIED**; it is further

**ORDERED** that Defendants' Motion for Summary Judgment regarding the constitutionality of the 8(a) program as applied to award contracts for military simulators is **DENIED**; it is further

**ORDERED** that Plaintiff's Motion for Summary Judgment regarding the constitutionality of the 8(a) program as applied to award contracts for military simulators is **GRANTED**; it is further

**ORDERED** that the Small Business Administration and the Department of Defense are hereby enjoined from awarding procurements for military simulators under the Section 8(a) program without first articulating a strong basis in evidence for doing so; it is further

**ORDERED** that Plaintiff's remaining requests for declaratory and injunctive relief are **DENIED**.

    **SO ORDERED.**

**Signed:**    **Emmet G. Sullivan**
             **United States District Judge**
             **August 15, 2012**